*Robert J. Galibois, II,* for the petitioner.


COMMONWEALTH *vs.* JAMES FREEMAN, THIRD. May 9, 2008. *Supreme Judicial Court,* Superintendence of inferior courts, Appeal from order of single justice. *Practice, Criminal,* Capital case.

The defendant, James Freeman, III, was convicted of murder in the first degree and other crimes and was sentenced to life in prison. He filed a motion for a new trial, which was denied by a judge of the Superior Court. His appeal from that denial was consolidated with his direct appeal. We affirmed both the conviction and the denial of the new trial motion. *Commonwealth* v. *Freeman,*

442 Mass. 779, 781 (2004). Freeman subsequently filed a second motion for a new trial, and various related motions, all of which were denied, as was a motion to reconsider the denial of the motion for a new trial. Freeman then applied to a single justice of this court for leave to appeal from the denial of the second motion for a new trial, pursuant to G. L. c. 278, § 33E. The single justice denied the application on the ground that it presented no new or substantial issues warranting leave to appeal. Freeman has now filed a "Memorandum of Law in Support of Motion to Appeal Single Justice Denial of Petitioner's Motion for Leave."

It is unclear whether what Freeman filed is intended as a brief or as a memorandum and appendix pursuant to S.J.C. Rule 2:21, as amended, 434 Mass. 1301 (2001). Rule 2:21 does not apply here because he is not challenging an interlocutory ruling of the trial court. Regardless whether rule 2:21 applies, however, Freeman cannot appeal to the full court. The single justice's decision, acting as a gatekeeper pursuant to G. L. c. 278, § 33E, is final and unreviewable. *Commonwealth* v. *Scott*, 437 Mass. 1008 (2002). *Commonwealth* v. *Ambers*, 397 Mass. 705, 710-711 (1986), and cases cited.

*Appeal dismissed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*James Freeman, III*, pro se.